# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jacob K. Hollister, a Special Agent with the Federal Bureau of Investigation (FBI), (hereinafter Affiant) being duly sworn, deposes and states:

## INTRODUCTION

1. Affiant has been a Special Agent with the FBI since 2023, currently assigned to the Cleveland Field Office's Mansfield Resident Agency and assigned to work violations involving Violent Gangs.

2. As a Special Agent, your affiant has participated in street level narcotics enforcement, and the dismantlement of mid to upper-level drug trafficking organizations as well as coordinated and assisted with several drug-related law enforcement operations. Your affiant has worked with and directly supported several multi-agency drug and gang task forces, to include the Cartel, Gang, Narcotics, and Money Laundering Task Force (CGNL), the Western District of Tennessee Multi-Agency Gang Unit (MGU), and the Metro-Richland County (METRICH) drug enforcement unit. Your affiant has participated in numerous investigations involving federal criminal conspiracy matters involving violent individuals and violent gangs, and those involved in drug trafficking offenses within the Northern District of Ohio and elsewhere.

3. Your affiant has received field training and accrued practical experience in investigative techniques, which include, but are not limited to, surveillance, source operations, interview and interrogation techniques, informant recruitment and control, search warrant and case preparation, digital storage extraction and review, and interception and analysis of recorded conversations. Your affiant has been involved in numerous investigations, arrests, drafting of search warrant affidavits and the executions of searches, as well as the supervising the activities

of informants who have provided information concerning criminal activities. Your affiant is familiar with the terminology and techniques used by persons involved in these violent gang related crimes, such as drive-by shootings and homicides, including the modus operandi of persons involved with such acts

**Subject**

4. **CY MICHAEL ISON** (hereinafter "**ISON**"), is a male, black hair, brown eyes, born on 10/19/2001, Ohio Driver's License Number UT815444, and currently incarcerated at Richland County Jail, 73 East 2nd Street, Mansfield, Ohio 44902.

5. Affiant submits that there is probable cause to believe that violations of Title 18 U.S.C. § 1958(b)(1), use of interstate commerce facilities in the commission of murder-for-hire in exchange for pecuniary compensation, such as money, have been committed by **ISON**.

**PROBABLE CAUSE**

**Background and Basis for Investigation**

6. On December 30, 2022, **ISON** was physically assaulted outside of Bucket Bar, at the time located at 777 Lexington Ave, Mansfield, Ohio, by several individuals later identified as, or associated with, Devonte Jacocks, Khiren Willis, Anthony Reed, Trevon Moffatt, Jabril Bond and Jamartauis Ross. During this incident, **ISON**'s jaw was broken and he was admitted to the hospital.

7. On March 2, 2023, Devonte Jacocks (hereinafter referred to as "Jacocks") was shot and murdered with a .9mm caliber pistol, black in color, by an unknown individual at the M&S Drive Thru store, at the time located at 753 Springmill Street, Mansfield, Ohio 44903. The shooting was captured via closed-circuit television (CCTV) systems mounted within the

store. CCTV footage of the pistol's physical profile indicates the firearm is short barreled and possibly compact with attachment rails underneath the firearm's barrel. Several witnesses were present during the shooting and interviewed by Detectives with Mansfield Police Department (MPD). Detectives with MPD also received several tips and leads during the days following this incident providing **ISON** put a hit out on the individuals who assaulted him, offering cash in exchange for their deaths.

8. On March 5, 2023, **ISON** walked into the Avita Hospital, located in Ontario, Ohio, with a gunshot wound to one of his legs. MPD Detectives were contacted by hospital staff who then attempted to interview **ISON** regarding his wound. **ISON** provided he was driving his vehicle on Lexington Springmill Road in Mansfield when an unknown vehicle began following him. The vehicle then sped up next to **ISON**'s and an unknown individual shot at **ISON** several times. **ISON** then drove himself to the hospital. MPD Detectives seized **ISON's** cellphone at this time.

9. On March 7, 2023, MPD Detectives received information from Foundation Academy Assistant Principal Deb Rife, who stated a juvenile student with a close association to Jacocks, hereinafter referred to as Juvenile Witness (JW), had information regarding his homicide and **ISON**'s shooting. Detectives received verbal permission from JW's mother to conduct the interview. JW provided they believed Demetrius Knight to have been involved in shooting **ISON** in retaliation for the murder of Jacocks at the M&S Drive Thru. JW further explained that all those who were involved in jumping **ISON** at the Bucket Bar now have "cash hits" on them, ranging from $10,000 to $25,000.

10. MPD Detectives advised your affiant the information provided by JW was

consistent with several anonymous tips and other witness statements provided, with many of the individuals involved in assaulting **ISON** now had hits out for their lives with a price ranging from $5,000 to $10,000. JW's statement is also consistent with witness reports that **ISON** is responsible for Jacocks' murder and **ISON** was shot in retaliation.

11. On March 16, 2023, in furtherance of a separate homicide investigation, MPD executed a search warrant at the residence of NAKEIAL CARTER, a known associate of **ISON**. During the search, MPD Detectives seized $2,671 USD from CARTER's bedroom.

12. On May 10, 2023, MPD arrested CARTER for two counts of Attempted Murder in a separate case. After being read his Miranda Rights, CARTER began cooperating with Detectives. CARTER first stated he was aware of Jacocks' homicide and the "Ison boys" were involved, referring to **ISON** and his brother, THOMAS ISON, but did not know anything further. After being informed his cellphone was seized during his arrest and would be reviewed by law enforcement, CARTER changed his statement and told Detectives that JAMIR HESS (hereinafter referred to as "HESS") shot and killed Jacocks. After killing Jacocks, HESS ran to CARTER's residence. CARTER described HESS's appearance as sweaty, wearing jeans, a white shirt, and a black coat. HESS requested to use a cellphone to make a phone call. CARTER told the Detectives he did not know who HESS called, nor did he hear any part of the conversation. Following the call, CARTER helped HESS dispose of his clothes by putting them into a trash bag and placing them into CARTER's neighbor's trash can. HESS was also in possession of a handgun. CARTER stated he took the gun and buried it for HESS; however, CARTER claimed to not recall where exactly it was buried. CARTER also advised HESS committed suicide a few weeks after Jacocks was killed. CARTER was

later charged and convicted in Richland County for tampering with evidence following this confession.

13. On January 5, 2024, the Drug Enforcement Agency's (DEA) Airport Interdiction team, located at Columbus Airport, stopped ISON and his associate, Deshawn Haney, citing suspicious behavior. After receiving consent, DEA Task Force officers (TFOs) searched **ISON's** luggage, discovering **ISON** was in possession of $20,670 in cash hidden within his clothing inside his luggage. The funds were seized under suspicion of being illicit proceeds. Your affiant notes this exchange to highlight the fact **ISON** had access to large quantities of cash. In my training and experience, it is common for those involved in narcotics trafficking to be paid in cash and often keep their funds in cash form in order to obfuscate their income from major banking institutions, taxes, and to avoid financial Suspicious Activity Reports. Your affiant is also aware that those engaged in trafficking of narcotics often "re-up" or buy large quantities of narcotics in bulk in order to distribute. Your affiant believes **ISON** had the financial means to pay large cash bounties to fund the Murder for Hire allegations within this affidavit.

14. On February 20, 2024, an MPD Detective interviewed a Confidential Human Source (hereinafter CHS1), an inmate at Mansfield Correctional Institution, following statements made by CHS1 that they had information regarding a homicide under investigation. During the interview, CHS1 provided he was incarcerated within the same pod as CARTER while they were both incarcerated at Richland Correctional Institution. While pod-mates, CARTER openly bragged to inmates he was paid a large amount of money from **ISON** to have Jacocks killed and paid a small portion to the individual who did the shooting,

and that person later killed himself.

15. In or around December 2025, MPD Detectives provided case specifics to your Affiant, beginning a joint investigation between MPD and the FBI into **ISON's** possible criminal activity.

16. On March 05, 2026, following a Federal Search Warrant signed within the Northern District of Ohio, your Affiant received both the physical cellphone seized from ISON by MPD, an iPhone 13, IMEI 355939490459773, and a digital copy of the cellphone's extracted contents. Your Affiant reviewed the contents of **ISON's** cellphone. Within the text messages of **ISON**'s cellphone, a text message conversation was discovered between **ISON** and a Facebook user, using the name "AJ Bigfoe Evans", taking place between January 1, 2023, and January 5, 2023. The conversation transitions from Facebook to direct texting and is transcribed as follows:

**Evans**: Get up wit me bro

**Evans**: Aint' to much 2 speak on I was tlkin wit yo brudda ya'll niggas get up wit me

**ISON**: I got you when I see the video

**Evans**: 100 (emoji) 100 (emoji).

**ISON**: (sends an unrecoverable JPEG image file)

**ISON**: That's who's involved tavo started it by hitting me when I turned around

**Evans**: 4196881915

**ISON**: Im with someone now imma ft you when I get home later

**ISON**: (Sends an image, believed to be a screenshot of a Facebook photo, depicting Devonte Jacocks standing in a parking garage. This photo was sent to the number

provided above, 4196881915).

**4196881915**: Da hommies like send da lo wit half da other when he hit.

**ISON**: Ok I gotta wait to talk to my brother when I see him an imma let you know but I gotta remember where its at imma try an go look today

**ISON**: Aye ian go fake its already other people wanting to do it an last time I did this wit someone they ran wit my 5 an never heard anything but you got my WORD this 10 is already put up just waiting for someone to come get it when I hear sum but im not cap

**4196881915**: Ion even play like dat bruh niggas jus can't b tlkin my G im solid asf on 4nem grave but im in Cleveland getting something to wear 4 my show tomorrow I'll lyk when I'm on my way bck gang if u dnt want to do it it's koo bro ion fuk wit dem niggas they been hating da west nd –

**4196881915**: On my way to da field bro lmk if u on it or not lil bro

**ISON**: I said you can do it but I cant give nun until its done your not the only person that wants to do it so its up to you if you want it or not

**4196881915**: Ion sayin ion want no nigga trying to make it seem like to us they got busy 1st dats why I said it so we can b locked in

**ISON**: Ion know what you tryna say but im headed to cheddars now if you wanna come out there an talk its up to you

**4196881915**: I'm on the high way now bro but ima hyl when I get bck 4sho

**ISON**: Yup

17. Your affiant notes the acronym "ft" is commonly known terminology to reference "FaceTime", which is a peer-to-peer video and audio calling capability between Apple

products, such as iPhones, iPads, or Apple computers. In the screenshot image **ISON** sent to telephone number 4196881915 depicting Jacocks, another individual's face can be seen in the lower right corner. Your affiant identified the individual as ANGELO EVANS based on driver's license photos, social media photos, and jail in-processing photos. Based on this screenshot, your affiant believes **ISON** and ANGELO EVANS were FaceTiming each other when **ISON** took the screenshot of Jacocks' photo, as seen below:




18. Based on the nature of this conversation and previous reporting of **ISON** offering $10,000 for the murder of Jacocks, your affiant believes this conversation details an

attempt made between **ISON** and ANGELO EVANS to negotiate the murder of Jacocks in exchange for $10,000. Your affiant believes the conversation indicates **ISON** did not want to pay upfront and instead wanted a video or some form of proof of Jacocks' murder before providing payment, but ANGELO EVANS insisted on receiving at least half beforehand. Additionally, both individuals make reference to **ISON**'s brother, believed by investigators to reference THOMAS ISON, assisting in the negotiations.

19. Your affiant also discovered a text message on **ISON**'s cellphone sent by **ISON** to "Tommy", associated to telephone number 4197090622, known to investigators to be ISON's brother, THOMAS ISON. The text was sent on January 5, 2023, and read as follows:

**ISON**: I told aj we got 10 on jacocks an thats all we gone pay for until you ready for another.

20. Also, within the text messages of **ISON's** cellphone, the following conversation was discovered between ISON and his ex-girlfriend "Keekee", known to investigators to be Nhykeelie MARSH, taking place on March 3, 2023, beginning 4:27 AM UTC, and ending March 3, 2023, at 4:34 PM UTC:

**ISON**: So you know that nigga that got me jumped ??

Keekee: kyro ??

**ISON**: Naw jacocks lol an hes dead now I had 10 on his head the nigga just called me an said ita done.

Keekee: omg. Pls be careful. What are you doing ???

**ISON**: I just pulled up in tarek boutta smoke an then go hole up for the night.

Keekee: I don't want you take any offence in this but pls start moving in silence you post literally everything on social media. an it's just rly starting to worry me.

**ISON**: Alright I got you an why you say it's worrying you?

Keekee: but what we talked ab last night just made me say it.

**ISON** yea I wasnt gone be out nomore like that not even out to eat.

Keekee: i wouldn't completely shut all the way down bc it would be obvious but definitely slow down a lot.

21. The extraction of the first four lines of the above message exchange were pulled from the Trash within ISON's phone, indicating they were deleted prior to the digital extraction of the phone's contents.

22. Based on the timeframe of the text messages between **ISON** and Keekee, Investigator's reviewed **ISON's** call history during the time of Jacocks' homicide and found telephone number 567-370-6410 made several incoming calls on March 3, 2023, at 4:09 AM UTC and 4:10 AM UTC, which **ISON** did not answer. Beginning at 4:10 AM UTC, ISON received the following text messages:

**ISON**: Who is this ?

**8508539430**: Yooo wyo. Keial nigga uon remember? When u gon pull tonight or in the morning?

23. Investigators know "Keial" to be the shortened nickname for CARTER. In continuance of this conversation and in line with the missed calls from the telephone number ending in 6410, ISON received the following text message at 4:10 AM UTC:

**8508539430**: Answe I'm Tran show u sum

24. Later at 5:09 AM UTC, ISON and telephone number 8508539430 had the following text exchange:

**8508539430**: Aye stay off da net kous delete that shii ma nigga.

**ISON**: I did.

**8508539430**: Fasho stay safe out here jus hit me next time be safe fr ma nigga hit me inna morning stay off da net.

**ISON**: I got you we locked in

25. On March 4, 2023, **ISON** was contacted via text message by an individual using telephone number 5673706410. The following conversation between **ISON** and the individual were marked as Deleted within **ISON's** cellphone extraction:

**5673706410**: make sure you give that girl 15 when she pull up.

**ISON**: Who this?

**5673706410**: imma call you back. Kel.

**ISON**: I was gone see her later I got you.

**5673706410:** +1 (419) 564-9374 ft this number this her.

**ISON**: Ok. Stop textin this number tho

26. The telephone number 4195649374 was found by investigators to be saved within **ISON's** Contacts application, saved as "Shadiamond". MPD Detectives provided SH'DIAMOND ADAMS was known to be the girlfriend of CARTER during this captioned timeframe.

27. On March 6, 2026, an inmate at Richland County Jail requested to speak with MPD Detectives to provide a statement. In his statement, JH stated that around the

time Jacocks was killed, he had access to a phone while in jail and received a SnapChat message from **ISON** that was sent to multiple people. In the SnapChat message, **ISON** offered to pay to have Jacocks killed. JH recalled the message saying, "I got five-thousand for, uh, a body shot. I got ten-thousand for a head shot."

28. Based on the totality of information provided, your affiant believes **ISON** and others conspired to hire one or more individuals to murder Jacocks, directly resulting in his death in violation of Title 18 U.S.C., Section 1958, Use of Interstate Facilities in the Commission of Murder for Hire.

**Use of a Facility in Interstate Commerce**

29. The cellular telephone procured, activated, and utilized in this investigation utilized AT&T's interstate network. AT&T does not maintain any billing facilities in Ohio and no cellular telephones are manufactured in Ohio. From my training and experience I am aware that a call between cell phones located within Ohio is not limited to communication facilities within Ohio. Switches within the network efficiently determine how and where to route the data. Although there are mobile switching centers in Ohio, the switches may route data through more than one network computer database located in other states before the call arrives at its intended destination in Ohio. And that even though it is possible that the content of a cell phone call could travel solely through switches located within Ohio, there would still be a connection to interstate commerce because call data are simultaneously routed to a billing gateway located in another state to account for the cost of using the network. AT&T's billing gateway is located in New York.

## AUTHORIZATION REQUEST

30. Based on the facts and circumstances noted above, it is the opinion of Affiant that from in or around January 2023, through March 5, 2023, in the Northern District of Ohio and elsewhere, **CY MICHAEL ISON** violated of Title 18 U.S.C., Section 1958, Use of Interstate Facilities in the Commission of Murder for Hire. Affiant hereby requests the issuance of an arrest warrant for **CY MICHAEL ISON**.

________________________________________
Jacob K. Hollister
Special Agent
FBI

Subscribed and sworn to before me this 16th day of September, 2026 via telephone after submission by reliable electronic means. Fed. R. Crim.P. 3, 4(d), and 4.1.

________________________________________
United States Magistrate Judge